| | | | |
|---|---|---|---|
| Case Number: | 19-25156-WIL | Debtor(s): | ANGELA FATIMA LEFTWICH |
| Petition Filing Date: | 11/13/2019 | | |
| Plan Filing Date: | 11/27/2019 | Counsel: | PRO SE - DEBTOR |
| First Payment: | 12/13/2019 | Phone #: | 0000000000 |
| Confirmation Date and Time: | 2/4/2020 10:00 AM | E-Mail: | PRO SE - DEBTOR |

| | | | |
|---|---|---|---|
| First Meeting Date and Time: | Jan 2 2020 11:30AM | First Meeting Complete? | Concluded |
| ☑ Photo ID & SSN Verified | | Continued 341 Date: | 1/1/1900 |
| Prior Bkys | ☐ No ☑ Yes | Continued Confirmation Date: | 1/1/1900 |
| Present Creditors: | | ☑ CH7 2008 | ☐ CH13 Year Filed _____ |

| | |
|---|---|
| Performance: | Mtge, Cars not yet pd<br>PP pd |
| Income/DI: | D works as an Executive Assistant for Kern Ferry - Verified<br>Ex- Husband contributes (to pay for one of the cars) - NEED contribution letter |
| Tax/Refund History: | All Fed & ST TRs filed and provided |
| Expense Verification: | $2,000 - Mtge<br>$629 - Car (Acura) - NEED payoff date<br>$675 - Car (Nissan) - NEED<br>D recently paid $620 of personal loan to family member - advised to stop |
| Chapter 7 Liqudation: | RE - T/C - NEED valuation |
| Amended Plan: | Underfunded<br>Para 4.6.1, 4.6.5, 5.1, 5.3, 5.4, and 7 NEED to check box<br>Para 4.6.3 - Both boxes checked for valuation & Para 5.2 lists GM. If to be valued, NEED matching COs<br>Para 4.6.2 - EMI monthly payments > PP. Either correct EMI or remove<br>TX Santander & Helfrich s/c per C#2 & C#5 respectively. Both listed on sch. D. |
| Amended Schedules: | H - Amd to include Ex-Husband as a Co-debtor (on one of the cars)<br>C - Amd to list complete RE citations |
| Motion/Objections: | Order to pay FF installments (Dkt#6). Final payment due on 2/11/20<br>MTV by GM Fin. |
| Other: | Divorced - 2 minors in hh |

Meeting Conducted By: Kathryn Smits, Esquire

Reviewed By: Kathryn Smits, Esquire

Reviewed Date: 1/17/20

| | | | | |
|---|---|---|---|---|
| Date and Time: 1/1/1900 | 1St Conf Hearing: 2/4/2020 10:00 AM | E-mailed | ☐ Yes ☐ No | |
| Petition Filing Date: 11/13/2019 | Bar Date: 03/12/2020 | No. of Hearings | | |
| Case Number: 19-25156-WIL | | | | |
| Debtor(s) Name: | ANGELA FATIMA LEFTWICH | Counsel:<br>Phone nunber | PRO SE - DEBTOR<br>0000000000 | |
| Cont. 341 Date: 1/1/1900 | | 1st 341 Date | Jan 2 2020 11:30AM | |

| | | | | |
|---|---|---|---|---|
| Plan # | | Term of Plan: | 60 | Convert from 7 ☐ YES ☐ NO | Conversion Date: |
| Scheduled Monthly Payment: | | Payments Due | | Total Plan Payment Due: | $ |
| Gross Funding | $37200.00 | Total Paid In: | $1000.00 | Def Amt =$ -1000 |
| | | | | # of |