Notice of Undeliverable Mail to Debtor

February 7, 2020

From: United States Bankruptcy Court, District of Maryland

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Angela Fatima Leftwich, Case Number 19-25156, LSS

FILED
2020 FEB 21  AM 8:45
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**U.S. Bankruptcy Court**
**Greenbelt**
**Greenbelt Division**
**6500 Cherrywood Lane, Ste. 300**
**Greenbelt, MD 20770**

---

Undeliverable Address:
Americredit Financial Services, Inc. Dba GM Financ

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
801 Cherry St   Suite 3500
Fort Worth, TX  76102

Undeliverable Address:
Sheffield Neighborhood Association
INVALID ADDRESS PROVIDED

1

015609                                13708015624021

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Sheffield Neighborhood Assoc c/o Helfrich & deLozier LLC

4000 Mitchellville Road Suite 416 Bowie MD 20716

_____    2/21/20
Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

015609   13708015624021