UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re: |
|
**ANGELA FATIMA LEFTWICH,** | Case No. **19-25156-LSS**
| Chapter 13
Debtor. |

**TRUSTEE'S RESPONSE TO DEBTOR'S MOTION FOR AUTHORITY TO INCUR SECURED DEBT FOR THE PURPOSE OF MODIFYING THE TERMS OF AN EXISTING SECURED LOAN FOR REAL PROPERTY**

Rebecca Herr, Chapter 13 Trustee in the above-captioned case, responds herein to Debtor's motion for authority to modify the existing first mortgage on their principal property, and states:

a.) That the Debtor has not provided the Trustee with the final terms of the loan modification. Based on the filing, the Trustee is uncertain if the Debtor has obtained a loan modification agreement with Planet Home Lending.

b.) Before the Trustee consents to the loan modification, she requests a copy of the signed loan agreement.

c.) The Trustee advises the Court that this case has not yet been confirmed.

**WHEREFORE**, for the foregoing reasons, the Trustee cannot consent to the loan modification.

Date:   March 5, 2020                             Respectfully submitted,

/s/ Rebecca A. Herr
Rebecca A. Herr
Chapter 13 Trustee

                                          Federal Bar No. 29298
                                        185 Admiral Cochrane Drive, Suite 240
                                        Annapolis, MD  21401
                                        Tel. 301-805-4700
                                        E-mail: bherr@ch13md.com

**CERTIFICATE OF SERVICE**