UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re: | \| |
| | \| |
| **ANGELA FATIMA LEFTWICH,** | \|   Case No. **19-25156-LSS** |
| | \|   Chapter 13 |
| Debtor. | \| |

**AMENDED TRUSTEE'S RESPONSE TO DEBTOR'S MOTION FOR AUTHORITY TO INCUR SECURED DEBT FOR THE PURPOSE OF MODIFYING THE TERMS OF AN EXISTING SECURED LOAN FOR REAL PROPERTY**

Rebecca Herr, Chapter 13 Trustee in the above-captioned case, responds herein to Debtor's motion for authority to modify the existing first mortgage on their principal property, and states:

a.) That the Debtor has not provided the Trustee with the final terms of the loan modification. Based on the filing, the Trustee is uncertain if the Debtor has obtained a loan modification agreement with Planet Home Lending.

b.) Before the Trustee consents to the loan modification, she requests a copy of the signed loan agreement.

c.) The Trustee advises the Court that this case has not yet been confirmed.

**WHEREFORE**, for the foregoing reasons, the Trustee cannot consent to the loan modification.

Date:   March 9, 2020                             Respectfully submitted,

                                                                /s/ Rebecca A. Herr
                                                                Rebecca A. Herr
                                                                Chapter 13 Trustee

Federal Bar No. 29298  
185 Admiral Cochrane Drive, Suite 240  
Annapolis, MD  21401  
Tel. 301-805-4700  
E-mail: bherr@ch13md.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of March, 2020, a copy of the Trustee's consent was mailed
first class mail, postage prepaid to:

ANGELA FATIMA LEFTWICH  
5075 OTTAWA PARK PL  
WALDORF, MD 20602  
*Debtor*