IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at __Greenbelt__

In re:

__Angela Fatima Leftwich__,

Debtor.

Case No. __19-25156__
Chapter 13

**CHAPTER 13 PLAN SUPPLEMENT**
**LOCAL RULE 3015-1 LIEN VALUATION OR AVOIDANCE**
Per 5.1 of Debtor's Chapter 13 Plan – Valuing a Claim or Avoiding a Lien
Under 11 U.S.C. § 506 – Through the Plan

**Collateral:** __2016 Nissan Altima__ [description of collateral]

**Collateral Value:** $__7,001__ ; per __Kelly Blue Book (Private Party Value)__
dated __March 2020__

**Lienholders:**

**First Lienholder** Amount: $__27,559__ ; held by: __GM Financial__ :
  per proof of claim filed on _____ ; or
  per [ __Credit Report__ ].

**Other Lienholders that are Senior to Lien to be Avoided (if any):**
  Amount: $_____ ; held by:_____ :
  per proof of claim filed on _____ ; or
  per [ __N/A__ ].

**Lien to be Avoided:** $__[27,559]__ ; held by __GM Financial__
  per proof of claim filed on _____ ; or
  per [ __Credit Report__ ].

**Summary:**

| | |
|---|---|
| Collateral Value: | $ <u>7,001</u> |
| First Lienholder: | $ <u>27,559</u> |
| Total of other Senior Liens: | $ <u>-0-</u> |
| Total all Liens Senior to Lien to be Valued or Avoided: | $ <u>-0-</u> |
| New Lien Value or Lien Remaining After Avoidance: | $ <u>7,001</u> |

**CHECKLIST FOR CHAPTER 13 PLAN SUPPLEMENT LOCAL RULE 3015-1 LIEN VALUATION OR AVOIDANCE:**

- [✓] Evidence of Collateral's value
- [✓] Existence and amount of senior liens (include for each senior lien)
- [✓] Exemption claimed
- [✓] Evidence of amount of lien to be avoided
- **N/A** [ ] Existence of any non-debtor owner of property-(include the name, address and nature of ownership
- [✓] Service of this filing on the creditor whose lien is proposed to be impacted by the Plan

2

\* \* \*
To the extent this supplement has not been served with the
chapter 13 plan, you are required to complete proper service of these
documents, and include the certificate of service below.
\* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on the **3rd** day of **March**, 2020 I served the forgoing Chapter 13 Plan Supplement pursuant to Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the Plan (and not by separate motion) under Plan Paragraph 5.1. State the address served and method of service. See Bankruptcy Rule 7004(h) if the party served is an insured depository institution.

**GM Financial**
Name of Creditor

**N/A**
Name Served

**N/A**
Capacity (Resident Agent, Officer, etc.)

**PO Box 181145**
Address

**Arlington, TX 76096**
City, State, Zip

Method of Service:

**U.S. Postal Service**

Signature: **Angela Fatima Leftwich**   [Type or print your name]

FILED
2020 MAR -6 PM 2: 21
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

3