_____ LS _____          _____RETAIN

**Lori S. Simpson, U. S. BANKRUPTCY JUDGE**                Evidentiary Hrg: Y N
                                                            Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 13

Date: 03/10/2020  Time: 10:00

**CASE: 19-25156 Angela Fatima Leftwich**

PRO SE Angela Fatima Leftwich (Debtor)

__ R. Herr __ F. Nix _✓_ B. Tucci __ K. Smits
        representing Rebecca A. Herr (Trustee)

[33] Chapter 13 Plan Supplement Re: 2016 Nissan Altima
with GM Financial. Filed by Angela Fatima Leftwich
(related document(s) 13 Chapter 13 Plan filed
by Debtor Angela Fatima Leftwich).

**MOVANT** : Angela Leftwich (no aty)

[13] Chapter 13 Plan Filed by (Angela Fatima Leftwich.)

**MOVANT** : Angela Leftwich (no aty)

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.__ Converted to Ch___
Denied without/with leave to amend by: 3/30   Conf:_____Dismissed
Continued to: 5/5 _____

Other Matters: (List Paper No next to ruling)

    Granted    _____     Sustained   _____     Denied     _____
    Overruled  _____     Withdrawn   _____     Under Adv. _____
    Moot       _____     Consent     _____     Dismissed  _____
    O.T.J. Fee _____

DECISION:

  [ ] Signed by Court            [ ] Filed by Counsel
  [ ] To be prepared by:
       [ ] Movant's counsel      [ ] Court
       [ ] Respondent's counsel  [ ] Other _____

NOTES:
                                                    11/13
1000 pct in
    1) current on paymts                      Plan underfunded.
need to amend + set confd