Signed: March 13th, 2020

Movant has not complied with Local Bankruptcy Rule 4001-4(d) with respect to the Motion to Modify Secured Debt [Dkt. No. 24]. Debtor shall file and serve notice that complies with Local Bankruptcy Rule 4001-4(d) and shall provide the Trustee with a copy of the executed loan modification agreement within 10 days of the entry of this Order, or the Court may deny the Motion without further notice or a hearing.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE: Angela Fatima Leftwich

Case No. 19-25156

Chapter 13

Debtor

**MOTION FOR AUTHORITY TO INCUR SECURED DEBT FOR THE PURPOSE OF MODIFYING THE TERMS OF AN EXISTING SECURED LOAN FOR REAL PROPERTY AND NOTICE OF OPPORTUNITY TO OBJECT**

The Debtor hereby seeks Court authority to incur secured debt for the purpose of modifying the terms of an existing secured loan for real property, and submits the following information regarding the modified loan:

1. The address of the real property is 5075 Ottawa Park Pl, Waldorf, MD 20602.
   The holder of the secured claim is Planet Home Lending, LLC.

2. The amount of the proposed modified secured claim is $250,000.00 (Estimated). This amount does ✔ or does not ___ (**check one**) include pre-petition arrears currently being paid through the plan.

3. The monthly amount of the modified secured claim payment is $1,676.47. This amount does ✔ or does not ___ (**check one**) include real estate taxes and hazard insurance to be escrowed by the holder of the modified secured claim. The monthly escrow amount is $801.62. The current monthly secured claim payment is $1,747.00.

4. INTEREST TERMS:
   A. **Fixed rate loan** with an interest rate of TBD % for a duration of TBD years.